FILED
2017 Feb-03  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JULIE ROGERS;<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO.: 2:16-cv-01465<br>) |
| FORTIS INSTITUTE, TRI-STATE<br>COMPUTER INSTITUTE, INC., et al;<br>    Defendants. | )<br>)<br>) |

### PLAINITFF'S MOTION TO DISMISS CERTAIN DEFEENDANTS WITHOUT PREJUDICE

Comes Now the Plaintiff, Julie Rogers, and moves this Court dismiss this matter as to Defendants EDUCATION AFFILIATES, LLC and EDUCATION AFFILIATES, INC, without prejudice, with costs taxed as paid, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i), as said Defendants have not yet filed an answer in this matter.

Respectfully Submitted,

*/s/ Thomas C. Donald*
Thomas C. Donald
ASB-6795-A47D, DON041
Law Office of Thomas C. Donald, LLC
1707 29th Court South
Birmingham, AL 35209
Phone: 205 985 2309
Email: cdonald@donaldlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 3, 2017, a copy of the foregoing has been served upon all parties of record by filing this document using the CMECF electronic filing system.

 

*/s/ Thomas C. Donald*

Thomas C. Donald