# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JULIE ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:16-cv-01465-SGC |
| FORTIS INSTITUTE, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons stated on the record during the August 8, 2017 hearing, this matter is **DISMISSED** for want of prosecution. Costs are taxed as paid.

The Clerk is **DIRECTED** to provide the plaintiff with a copy of this order.

**DONE** and **ORDERED** this 8th day of August, 2017.

_/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE